No. 64550.—Railway Express Agency, Inc. v. United States, protest 58/17784 (Minneapolis).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the items in question (item No. 12334 in entry No. 684 and item No. 12250 in entry No. 413) are similar in all material respects to the merchandise the

subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiff was sustained.